AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DE MENT, IRA | US DIST COURT, MIDDLE DIST- AL | 08/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR STAT | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P O BOX 2149 MONTGOMERY, AL 36102-2149 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | GRANTOR TRUST |
| 2. CO-TRUSTEE | ▆▆▆ TRUST |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. SAVINGS BOND #1 | B | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. Regions Financial Corporation, Common | A | Dividend | K | T | | | | | |
| 4. Mobile AL Wts 5.0% due 2/15/16 | B | Interest | K | T | | | | | |
| 5. Jefferson CNTY AL Brd ED Bond 5.0% due 2/15/2020 | B | Interest | L | T | | | | | |
| 6. AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 7. Scottsboro Ala WTS 6.0% due 7/1/19 | D | Interest | M | T | | | | | |
| 8. Evergreen Money Market Fund | A | Interest | K | T | | | | | |
| 9. Sun Life Financial | A | Dividend | K | T | | | | | |
| 10. Capital Income BLDR Fd Cl C | A | Dividend | K | T | Buy | 02/17 | K | | |
| 11. Regions Bank Account #1 | A | Interest | K | T | | | | | |
| 12. IRA #1 | | | | | | | | | |
| 13. Evergreen Money Market Fund | A | Dividend | | | Sell | 02/18 | K | | |
| 14. EMC Corp Mass | | None | J | T | | | | | |
| 15. Home Depot Inc. | A | Dividend | | | Sell | 11/21 | J | B | |
| 16. Intel Corp. | A | Dividend | J | T | | | | | |
| 17. Microsoft Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T, Inc (Formerly SBC Communication Corp.) | A | Dividend | J | T | | | | | |
| 19. SunAmerica | | None | K | T | Partial Sell | 4/21 | J | A | |
| 20. ...Continued | | | | | Partial Sell | 05/20 | J | A | |
| 21. ...Continued | | | | | Partial Sell | 06/17 | J | A | |
| 22. ...Continued | | | | | Partial Sell | 10/20 | J | A | |
| 23. ...Continued | | | | | Partial Sell | 11/16 | J | A | |
| 24. Solectron Corp | | None | J | T | | | | | |
| 25. CitiGroup, Inc. | A | Dividend | J | T | | | | | |
| 26. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 27. General Electric Company | A | Dividend | | | Sell | 12/19 | J | A | |
| 28. Merck & Co. Inc. | A | Dividend | | | Sell | 06/27 | J | | |
| 29. Nokia Corp. Sponsored ADR | A | Dividend | J | T | | | | | |
| 30. Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 31. WesternBank PR | A | Interest | K | T | | | | | |
| 32. Coca Cola | A | Dividend | J | T | | | | | |
| 33. National Republik Bk Cd | A | Interest | | | Sell | 09/06 | K | | |
| 34. Nicolet Bank | A | Interest | K | T | Buy | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The National BK of SC | A | Interest | K | T | | | | | |
| 36. Athens First Bank & Tr | A | Interest | K | T | | | | | |
| 37. Davis New York Venture | A | Dividend | K | T | | | | | |
| 38. Medco Health (X) | | None | J | T | | | | | |
| 39. Wachovia Cash/Money Market Fund (X) | A | Interest | K | T | | | | | |
| 40. ...Continued | D | Distribution | | | | | | | |
| 41. Evergreen Equity TR | A | Dividend | K | T | Buy | 02/18 | K | | |
| 42. Evergreen Fixed Income | B | Dividend | K | T | Buy | 02/18 | K | | |
| 43. Pfizer Inc. | A | Dividend | J | T | Buy | 06/27 | J | | |
| 44. Regions Bank Account #2 | B | Interest | L | T | | | | | |
| 45. Brokerage Account #2 | | | | | | | | | |
| 46. Eaton Vance National Municipals Fund | B | Dividend | K | T | | | | | |
| 47. Mobile AL WTS 5.0% due 2/15/16 | B | Interest | K | T | | | | | |
| 48. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 49. Birmingham AL Bond 5.0% due 4/1/21 | B | Interest | K | T | | | | | |
| 50. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |
| 51. Scottsboro Ala Wts | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Marathon Tax Mngd Grwth Tr Cl B | A | Dividend | J | T | | | | | |
| 53. Evergreen Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 54. Evergreen Money Market Fund C | A | Dividend | | | Sell | 02/17 | K | | |
| 55. Evergreen Ultra Short C | A | Dividend | | | Sell | 02/17 | K | | |
| 56. Athens First Bk & Tr | A | Interest | K | T | | | | | |
| 57. Western Bank | A | Interest | J | T | | | | | |
| 58. Evergreen Fixed Hi Yld Cl C | B | Dividend | K | T | Buy | 02/18 | K | | |
| 59. Lehman Bros 3.45% | A | Interest | K | T | Buy | 02/17 | K | | |
| 60. AmSouth Bank Account #3 | A | Interest | K | T | | | | | |
| 61. Beneficial Interest in the ▪▪▪ Trust #1 | | | | | | | | | |
| 62. AmSouth Bank, Montgomery, AL | | | | | | | | | |
| 63. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 64. U.S. Savings Bonds, Series HH, various maturities | E | Interest | N | T | | | | | |
| 65. AmSouth Equity Fund | A | Dividend | | | Exchange | 09/26 | L | | |
| 66. AmSouth Municipal Bond Fund | D | Dividend | | | Exchange | 09/26 | N | | |
| 67. AmSouth Small Cap Fund | | None | | | Exchange | 09/26 | K | | |
| 68. AmSouth Capital Growth Fund | | None | | | Exchange | 09/26 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AmSouth International Equity Fund | | None | | | Exchange | 09/26 | K | | |
| 70. AmSouth Master Money Market Account | A | Dividend | J | T | | | | | |
| 71. AmSouth FDS Enhanced Market Fund Cl I | A | Dividend | | | Exchange | 09/26 | J | | |
| 72. Pioneer Value Fund Class Y | A | Dividend | K | T | Exchange | 09/26 | L | | |
| 73. Pioneer Tax-Income Fund CL Y | C | Dividend | N | T | Exchange | 09/26 | N | | |
| 74. Pioneer Growth Opportunities Fd Cl Y | | None | J | T | Exchange | 09/26 | J | | |
| 75. Pioneer Oak Ridge Large Cap Growth Fund Cl Y | | None | K | T | Exchange | 09/26 | L | | |
| 76. ...Continued | | | | | Buy | 12/01 | J | | |
| 77. Pioneer International Core Equity Fd Cl Y | | None | K | T | Exchange | 09/26 | K | | |
| 78. Pioneer Fund Cl Y | A | Dividend | K | T | Exchange | 09/26 | J | | |
| 79. Regions CD #1 | B | Interest | L | T | | | | | |
| 80. AmSouth CD #2 | C | Interest | M | T | | | | | |
| 81. Grantor Trust #2 | | | | | | | | | |
| 82. Davis NY Venture Fd B | A | Dividend | K | T | | | | | |
| 83. Davis NY Venture Fd A | A | Dividend | J | T | | | | | |
| 84. Evergreen Equity Indx Cl C | A | Dividend | J | T | | | | | |
| 85. VK Emerging Grwth Cl C | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Evergreen Money Market Fund | A | Interest | J | T | | | | | |
| 87. SunAmerica Funds FOC MLT/CP VL II | | None | J | T | | | | | |
| 88. General Electric Company | A | Dividend | J | T | | | | | |
| 89. Capital Income BLDR Fd Cl C | A | Dividend | J | T | | | | | |
| 90. IRA #2 | | | | | | | | | |
| 91. Davis NY Venture Fd B | A | Dividend | J | T | | | | | |
| 92. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | | | | | |
| 93. Washington Mutual Investment Fd Cl B | A | Dividend | J | T | | | | | |
| 94. General Electric Company | A | Dividend | J | T | | | | | |
| 95. Microsoft Corp | A | Dividend | J | T | | | | | |
| 96. Cash | B | Distribution | | | | | | | |
| 97. Series HH Bonds | A | Interest | J | T | | | | | |
| 98. AmSouth Bank Account #5 | B | Interest | L | T | | | | | |
| 99. Regions CD #3 | B | Interest | M | T | Buy | 05/16 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  8/18/2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544